UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAYNOR D. FOX,

    Plaintiff,

v.

AMIE JENKINS, *et al.*,

    Defendants.

Case No. 21-cv-12950
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff.

          KINIKIA ESSIX
          CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  February 22, 2024
Detroit, Michigan

1